UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LONG ISLAND BOTTLE GAS SUPPLY AND
SERVICE CORP.                                                                    ORDER OF DISMISSAL
                                                                                              CV-01-2341 (DRH)(WDW)

       -against-

TOWN OF BROOKHAVEN, TOWN OF
SMITHTOWN
------------------------------------------------------------------X

    Plaintiff's counsel having notified the court that the plaintiff is deceased and it is unlikely that an administrator will be appointed soon,

    IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen. Counsel may notify the court by letter that the case is ready to proceed and the court will reopen the case.

    The clerk is directed to close this case.

    SO ORDERED.

/s/
DENIS R. HURLEY
United States District Judge

Dated: Central Islip, New York
       January 26, 2006